445 A.2d 216

Commonwealth v. Sweeper a/k/a Green, Appellant.

574

■■■■■■ Argued May 6, 1981. John W. Nails, for appellant; Frank T. Hazel, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before SPAETH, CAVANAUGH and LIPEZ, JJ.

Judgment of sentence affirmed.